# UNITED STATES DISTRICT COURT
for the

District of

Division

Alexandra Love Prosperous
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Pinellas County Sheriff Department / Department of Children and Families
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:17cv860T17AAS
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Alexandra Love Prosperous
Street Address: 2151 Alemanda Dr N
City and County: Clearwater
State and Zip Code: Florida 33764
Telephone Number: 818-433-0245
E-mail Address: AlexandraProsperous@Gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

TRA - 42960
$400

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Pinellas County Sheriff Department
- Job or Title (if known):
- Street Address: 10750 Ulmerton Rd Largo
- City and County: Largo, Pinellas
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment I, Amendment II, Amendment III, Amendment IV, Amendment V, Amendment VI, Amendment VII, Amendment VIII, Amendment IX, Amendment X. See attachments.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Numerous Violations of Civil Rights. Violations of civil Rights used in order to cover up Child abuse and sexual battery on an infant/Toddler.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 250,000,000 (Two hundred and fifty million)
$ 10,000 a day Since Oct 4, 2016. (A day without child)
$ 20,000 a day Since Feb 2, 2017 (Since IG of DCF had Evidence)
$ 30,000 a day Once notice of filing is Received by defented.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/12/2017

Signature of Plaintiff: *Alexandra Prosperous*

Printed Name of Plaintiff: Alexandra Prosperous.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

The Bill of Rights – Full Text

Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

Emergency motions filed within Pinellas County have continually been ignored and remain unaddressed by the court. Violating my rights to petition the government for redress of grievances.

I've repeatedly been denied the opportunity to present evidence in my case. The court has continually refused to accept or consider evidence that could clear me of any accusation of wrongdoing.

The court has repeatedly attempted to force me to receive DMDR therapy in violation of my religious beliefs and practices.

During visitations, I was not allowed to speak freely with my child nor was I allowed to ask any questions about his medical treatment, medications, vaccinations, or address any other normal parental concerns with parties supervising the visitations. I was denied any and all documentation and was asked to sign an agreement stating that I would not ask questions in relation to my child's treatment, medication, vaccinations etc.

The above are clear violations of my First Amendment rights under the US Constitution.

Amendment II

A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

Amendment III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Multiple searches of my home located at 190 112" Ave. in St. Petersburg Florida. Searches were performed by Pinellas County C PID/DCF. Multiple searches of my home located at 2151 Alameda Dr. N. in Clearwater Florida. These searches were performed under false pretense in order to get me to grant access to my home. During these searches agents of DCF/C PID requested to review paperwork including plans for my case and defense. CPID/DCF had been notified by my attorney not to speak with me without my attorney being present and continued to do so. In addition to my home and personal property; searches were performed of my infant son, specifically his body. His clothing was removed against my objections and his entire body was inspected. My child was removed from my home; care, custody and control against my will and placed under the care custody and control of his father while an injunction for domestic violence was in place against the father for the protection of myself and my child. This is a clear and blatant violation of my fourth amendment right to be secure or in my home.

The above are clear violations of my civil rights under the fourth amendment to the U.S. Constitution.

Amendment V

**No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.**

The Pinellas County state attorney's office has refused to inform me if I am currently under any criminal investigation or if there is any intent to file criminal charges against me. I have been coerced to speak openly in court in clear violation of my Fifth Amendment right not to incriminate myself.

I've not been afforded the opportunity to present information in the form of oral statements or documents to the state attorney throughout this process. I have been denied the opportunity to present evidence to clear myself of any accusation of any criminal action or wrongdoing. .

My child was removed from my home; care, custody and control against my will. Probable cause for this action was based on statements made by a pediatrician not certified to perform psychological evaluations or offer opinions thereon. A signed statement was provided by this pediatrician to the court to be used as a reason to remove my child from my home; care, custody and control against my will. I was denied the opportunity to present evidence to the court in reference to this fraudulent information provided by the pediatrician. This was a blatant refusal of my First Amendment right of redress.

This is a clear violation of due process under the Fifth Amendment to the U.S. Constitution.

Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

Motions for emergency hearings have been denied by the court and remain unaddressed to this date. This is a clear violation of my civil rights under the sixth amendment to the U.S. Constitution right to a public and speedy trial.

Amendment VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Without evidence of any neglect or wrongdoing on my part, my child was removed from my care custody and control and placed in the home and under the care custody and control of the father while a domestic violence injunction protection order was in place to protect both my child and myself. My child has been kept from me since October 2016. I have been denied visitations because I will not sign a document allowing the court to infringe upon my constitutional rights. In retaliation, I have had no contact with my child. This is clearly cruel and unusual punishment for refusing to sign documentation waving my constitutional rights in this case. This is a clear violation of my civil rights under the eighth amendment to the U.S. Constitution.

Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.