UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDRA LOVE PROSPEROUS,

    Plaintiff,

v.                                               Case No. 8:17-cv-860-T-60AAS

PINELLAS COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER

Alexandra Love Prosperous, proceeding pro se, requests permission to serve the defendants by publication. (Doc. 23). She also seeks permission for alternative service of process on the defendants. (Doc. 24).

A March 2018 order dismissed Prosperous's original complaint. (Doc. 20). That same order required Prosperous to file an amended complaint by March 29, 2018. (*Id.*). To date, Prosperous has submitted no amended complaint but instead requests to serve the defendants with the previously dismissed complaint by publication and for alternative service of process on the defendants. (Docs. 23, 24).

Because Prosperous's original complaint was dismissed, Prosperous currently has no complaint to serve by publication or other means. Therefore,

her motions (Docs. 23, 24) are **DENIED**.

**ENTERED** in Tampa, Florida, on August 2, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Alexandra Love Prosperous (via U.S. mail)